IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL D. SAMPSON, JR.,<br><br>Defendant. | No. CR08-2026<br><br>ORDER REGARDING REQUEST FOR DOCUMENTS |

This matter comes before the Court on the letter (docket number 92) from Defendant Michael D. Sampson, Jr., to the Clerk of Court, dated December 28, 2009. Defendant asks that the Clerk provide him with copies of the file, investigative reports, exhibits, and all other documents "that are in existence for this case."

Following his plea of guilty to transportation and attempted transportation of child pornography, and being a felon in possession of a firearm, Defendant was sentenced on July 23, 2009 to 188 months of imprisonment, followed by a 20-year term of supervised release. *See* docket number 77. On August 3, 2009, Defendant filed a notice of appeal.[1] Defendant is represented on appeal by attorney F. David Eastman. Defendant is not entitled to hybrid representation. *United States v. Swinney*, 970 F.2d 494, 498 (8th Cir. 1992). The Court will not consider *pro se* filings when a party is represented by counsel. *United States v. Blum*, 65 F.3d 1436, 1443 at n.2 (8th Cir. 1995). Accordingly, Defendant's application will be denied.[2]

---

[1] The appeal is pending before the Eighth Circuit Court of Appeals and is designated as case number 09-2872.

[2] The Court assumes that Defendant is asking that the documents be produced at public expense. Defendant may, of course, purchase any part of the public record by
(continued...)

1

## ORDER

IT IS THEREFORE ORDERED that Defendant's *pro se* request for documents (docket number 92) is hereby **DENIED**.

DATED this 5th day of January, 2010.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA

---

[2] (...continued)
paying the required copying cost to the Clerk of Court.